UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. LANGSTON, | No.  2:26–cv–00488–DC–CKD PS |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, | (ECF No. 2) |
| Defendant. | |

Plaintiff Joseph W. Langston filed a pro se civil complaint naming the Federal Bureau of Investigation as the defendant and appearing to assert a claim arising under the Fifth and Fourteenth Amendments. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.)

On March 3, 2026, the undersigned reviewed Plaintiff's IFP affidavit and found it did not demonstrate Plaintiff was unable to pay the court costs because Plaintiff did not report a regular source of income or expenses. (ECF No. 3.) Accordingly, the Court ordered Plaintiff to either submit the filing fee and administrative fee to the Clerk of the Court or file a renewed application to proceed IFP application. (*Id*.) Plaintiff has not renewed the IFP application, paid the filing fee, or otherwise acknowledged the Court's order filed on March 3, 2026.

In the Court's order dated March 3, 2026, Plaintiff was specifically cautioned that failure

1

to pay the court costs or file a renewed IFP affidavit would result in a recommendation that the application to proceed in forma pauperis be denied and the present action be dismissed. Despite this warning, plaintiff has failed to take action necessary to properly commence this case.

For the reasons set forth above, IT IS HEREBY RECOMMENDED that Plaintiff's motion to proceed in forma pauperis (ECF No. 2) be denied and this action be dismissed without prejudice for failure to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated:  April 28, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, lang26cv0488.ftp

2