UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. LANGSTON,<br>Plaintiff,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>Defendant. | Case No. 2:26-cv-00488-DC-CKD (PS)<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br>(Doc Nos. 2, 4.) |

Plaintiff, who is proceeding pro se, brings this civil action. On February 18, 2026, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. No. 2.)

The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules. On April 28, 2026, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 4.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 28, 2026 (Doc. No. 4), are ADOPTED;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED; and
3. This action is dismissed without prejudice for failure to pay the filing fee; and
4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **July 21, 2026**

Dena Coggins
United States District Judge